# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JONATHON STEWART DAVIS**                                **PLAINTIFF**

v.                  No: 4:18-cv-00763 JM

**PULASKI COUNTY REGIONAL**
**DETENTION CENTER,** *et al.*                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Davis' claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation or the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 7th day of January, 2019.

                                                   _____
                                                   JAMES M. MOODY, JR.
                                                   UNITED STATES DISTRICT JUDGE