IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JONATHON STEWART DAVIS**                                                               **PLAINTIFF**

v.                             No: 4:18-cv-00763 JM

**PULASKI COUNTY REGIONAL
DETENTION CENTER,** *et al.*                                                   **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

IT IS SO ORDERED this 7th day of January, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE